# SD Development Services

Code Enforcement Division
1222 First Avenue, 5th Floor, M.S. 511
San Diego, CA 92101-4101

Citation#: SVO 2753
Date Issued: _____
GL#: _____
BP#: _____
CA#: _____
Invoice#: NO PERMIT

## Sidewalk Vending Administrative Citation

Violation Observed: Date: 2-1-23   Time: 1315

[X] Warning *(Not Appealable)*   [ ] Citation Amount: $ _____

Payment is due upon receipt of invoice sent via separate mailing (see reverse side for payment instructions).

| RESPONSIBLE PERSON/PARTY CITED: | RELATION TO VENDOR |
|---|---|
| WILLIAM JOSEPH DORSETT | |
| MAILING ADDRESS, CITY, STATE, ZIP CODE: | BUSINESS NAME (If any) |
| 5101 FRINK AVE, SAN DIEGO, CA 92117 | |
| VIOLATION ADDRESS, CITY, STATE, ZIP CODE: | PERMIT NUMBER |
| 1900 ABBOTT STREET, SAN DIEGO, CA 92107 | |

Please refer to the San Diego Municipal Code section cited for additional information available via: https://www.sandiego.gov/city-clerk

| MUNI.CODE SECTION VIOLATION: | VIOLATION DESCRIPTION: |
|---|---|
| SDMC 36.0103 (b) | SIDEWALK VENDORS SHALL OBTAIN PERMIT |
| SDMC 36.0106(b)(11)(J) | NO VENDING ON HIGH-TRAFFIC/SHARED USE PATH |

Corrections indicated below are required by IMMEDIATELY. If you fail to make the indicated corrections by this date, another citation may be issued. Other enforcement action may result if compliance is not achieved.

**CORRECTIVE ACTION REQUIRED:** OBTAIN SIDEWALK VENDING PERMIT FOR ANY VENDING ACTIVITIES. 36.0105(b) SDMC. NO VENDING ON HIGH TRAFFIC & SHARED USE PATH - SDMC 3 (a)(11)

Name of City Official: M HABTS
Work Phone: 619-235-1122
City Official Email: MHABTS@SANDIEGO.GOV

Signature of City Official

Signature of Responsible Person: REFUSED

CC: _____
Name        Mailing Address