**Storm Recovery Assistance (/recovery)**

# Parks & Recreation

## Expressive Activity in Parks

All forms of speech and expressive conduct, including:

1. the distribution of non-commercial information.
2. solicitation of funds, donations, subscriptions, or signatures for a charity, religious organization, nonprofit organization, or a government entity.
3. performances.
4. the sale of artwork, recordings of performances, or other items that are inherently communicative in nature and have only nominal value or purpose apart from its communication.

Items that are inherently communicative in nature include newspapers, leaflets, pamphlets, bumper stickers, buttons, books, audio, video, compact discs, video discs, records, visual art sold by the artist, including prints of the artist's visual art, political campaigning activity such as distribution of campaign signs, stickers, or other campaign materials, face painting, and painting henna tattoos.

Individuals conducting expressive activities must familiarize themselves with the locations identified for expressive activities or areas.

Individuals will be required to relocate if they are obstructing designated emergency ingress or egress routes, including blocking the sidewalk in a manner that reduces the useable sidewalk area to less than 48 inches.

SDMC § 63.0503(b)(3)

## Expressive Activity Area Maps

**Balboa Park**

- Balboa Park Area 1 PDF
- Balboa Park Area 2 PDF
- Balboa Park Area 3 PDF
- Balboa Park Area 4 PDF

**Shoreline Park**

- La Jolla - La Jolla Shores PDF
- La Jolla - Children's Pool PDF
- La Jolla - EB Scripps Park PDF
- Mission Beach Park/Belmont (North) PDF
- Mission Beach Park/Belmont (South) PDF

### Regional and Open Space Parks

- Regional and Open Space Parks Home (/park-and-recreation/parks)
- Balboa Park, Mission Bay and Shoreline Permit Map (/park-and-recreation/parks/permitsites)
- ▼ Developed Regional Parks (/park-and-recreation/parks/regional)
  - Balboa Park (/park-and-recreation/parks/regional/b
  - Mission Bay Park (/park-and-recreation/parks/regional/
  - Presidio Park Facilities and Permit Sites Map (/park-and-recreation/parks/regional/
  - Shoreline Park Facilities and Permit Sites Map (/park-and-recreation/parks/regional/s
- Developed Regional Parks Ranger Program (/park-and-recreation/parks/drprangers)
- Park Use Permit Rules and Regulations (/park-and-recreation/parks/rules)
- ▼ Park Use Permits and Applications (/park-and-recreation/parks/permits)
  - Best Sites (/parks-and-recreation/parks/permits/b
  - Events at Community, Neighborhood, Mini-Parks and Lake Grounds (/park-and-recreation/parks/permits/p
  - Balboa Park Facility Floor Plans

Feedback

- Ocean Beach 📄
- Pacific Beach 📄

# Expressive Activity Areas

Expressive Activity Zones are available on a first-come, first-served basis, to persons who desire to use equipment, including a table, easel, stand, chair, umbrella, sunshade, or other furniture as part of their expressive activity. These areas are 4 feet by 8 feet or 8 feet by 8 feet, as indicated by blue brackets painted on the ground.

**SDMC § 63.0503(b)(1), SDMC § 63.0504(b)**

A person may only use one area at a given time. **SDMC § 63.0504(d)**

Expressive activity locations are subject to change during special events permitted pursuant to Chapter 2, Article 2, Division 40 of the San Diego Municipal Code. **SDMC § 63.0504(a)(4)**

Expressive activity locations are not designated for sidewalk vending or sales and are strictly for expressive activities. **SDMC § 63.0504(c)**

Areas may not be sold, bartered, exchanged, or reserved for another person. **SDMC § 63.0504(e)**

It is unlawful to carry on or conduct commercial activity, to provide any service, or to solicit offers for the same without the written consent of the City Manager. **SDMC § 63.0102(c)(14)**

It is unlawful to post any items upon any tree, shrub, or plant. **SDMC § 63.0102(c)(1)**

It is unlawful to behave in a boisterous, indecent, riotous, or threatening manner.

**SDMC § 63.0102(c)(16) SDMC § 56.27**

It is unlawful to litter. **SDMC § 63.0102(c)(8)**

Sound-making devices and amplification are regulated. **SDMC § 59.5.0502(f)**

Areas with equipment shall not be left un-attended unless actively setting up or breaking down.

**SDMC § 54.0105(a)**

It is unlawful to damage city property, including but not limited to, turf, shrubbery, or irrigation system.

**SDMC § 63.0102(c)(4), SDMC § 63.0102(c)(5)**

It is unlawful to open or close any valves or switches pertaining to the water or electric services in any park or plaza. **SDMC § 63.0102(c)(28)**

Activities involving fire or any generally prohibited weapons are prohibited.

**SDMC § 63.0102(c)(11), CPC § 16590**

- Park Use Permits (/park-and-recreation/parks/permits/f...)
- Open Space Canyons and Parklands (/park-and-recreation/parks/oscp)
  - How to Get Involved (/park-and-recreation/parks/oscp/inv...)
  - Maps of Open Space Parks and Canyon Parklands (/park-and-recreation/parks/oscp/map...)
  - Open Space Canyons and Parklands Rules (/park-and-recreation/parks/oscp/rule...)
  - Preserve Habitats and Inhabitants (/park-and-recreation/parks/oscp/hab...)
  - Open Space Canyons and Parklands - Things to Do (/park-and-recreation/parks/oscp/tod...)
- Open Space Parks (/park-and-recreation/parks/osp)
  - Brush Management Right of Entry Application (/park-and-recreation/parks/osp/brus...)
  - Black Mountain Open Space Park (/park-and-recreation/parks/osp/black...)
  - Chollas Lake Park (/park-and-recreation/centers/recctr/c...)
  - Los Peñasquitos Canyon Preserve (/park-and-recreation/parks/osp/lospe...)
  - Marian Bear Memorial Park (/park-and-recreation/parks/osp/mari...)
  - Mission Trails Regional Park (/park-and-recreation/parks/osp/mtra...)
  - Open Space Parks Brush Management Program (/park-and-recreation/parks/osp/brus...)
  - Open Space Parks Films (/park-and-recreation/parks/osp/ospv...)

Holistic health care, including physical massage and healing techniques, is prohibited. **SDMC § 33.4407**

Possession or being under the influence of alcohol or narcotics is strictly prohibited. **SDMC § 56.54(b)**

It is unlawful to possess any container made of glass. **SDMC § 63.0102(c)(7)**

The 10-foot area immediately surrounding the space must be kept clean and free of trash and debris associated with their activity. **SDMC § 63.0102(c)(8)**

Unobstructed access to fire hydrants and minimum widths and clearances of fire apparatus access roads shall be maintained at all times. **CFC 507.5.4 & 503.4**

**Expressive activity does not include:** the sale of food; the sale or creation of handcrafts, skin care and beauty products; the sale of natural found items, such as stones and gems; the provision of person- al services, such as massage or hair styling; the application of substances or hand- crafts to others such as piercings or skin care products; teaching yoga or exercise classes; or the creation or sale of mass- produced merchandise or visual art.

## To Report Violations

**Citywide Park Ranger Duty Line**
619-985-3319

**Balboa Park Ranger Duty Line**
619-235-1122

**Shoreline Park Ranger Duty Line**
858-581-9982

- Open Space Parks Ranger Program (/park-and-recreation/parks/osp/ospr
  - Rose Canyon Open Space Park (/park-and-recreation/parks/osp/rose
  - San Pasqual - Clevenger Canyon Open Space Park (/park-and-recreation/parks/osp/sanp
  - Tecolote Canyon Natural Park and Nature Center (/park-and-recreation/parks/osp/tecol
- Other Regional Parks, Lakes & Beaches (/park-and-recreation/parks/other)
- Night Time Park Closures (/park-and-recreation/parks/night)
- Your Dogs and City Parks (/park-and-recreation/parks/dogs)
  - Approved Leash Free Locations (/park-and-recreation/parks/dogs/leas
  - Beaches and Mission Bay (/park-and-recreation/parks/dogs/bch
  - Beaches for You and Your Dog (/park-and-recreation/parks/dogs/bch
  - Welcome to Cadman Park Leash-Free Area (/park-and-recreation/parks/dogs/cad

Park Facilities Map (/park-and-recreation/centers/map)

For general Parks & Recreation Department information, you can use the My Park (/park-and-recreation/general-info/about/mypark) web comment form.